```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58599
   BARRY J VOJENSKY
   DONNA M VOJENSKY                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-3226      SSN XXX-XX-2925


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/15/05 .

   2.  The case was converted to Chapter 7 without confirmation, 01/16/2006.

--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG         .00              .00            .00
BANK ONE WISCONSIN         SECURED               .00              .00            .00
FORD MOTOR CREDIT CO       SECURED          NOT FILED             .00            .00
FORD MOTOR CREDIT CO       SECURED          NOT FILED             .00            .00
BANK OF AMERICA            UNSECURED        NOT FILED             .00            .00
BEST BUY                   UNSECURED        NOT FILED             .00            .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED             .00            .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED             .00            .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED             .00            .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED             .00            .00
ANWAR MEDICAL CTR          UNSECURED        NOT FILED             .00            .00
CITIBANK NA                UNSECURED        NOT FILED             .00            .00
COMMERCIAL COLLECTIONS     UNSECURED        NOT FILED             .00            .00
CARDMEMBERS SERVICES       UNSECURED        NOT FILED             .00            .00
DISCOVER BANK              UNSECURED        NOT FILED             .00            .00
KOHLS                      UNSECURED        NOT FILED             .00            .00
MBNA                       UNSECURED        NOT FILED             .00            .00
MBNA                       UNSECURED        NOT FILED             .00            .00
MORRIS HOSPITAL            UNSECURED        NOT FILED             .00            .00
SAFE SECURITY ALARMS       UNSECURED        NOT FILED             .00            .00
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID

SEARS BKRUPTCY RCVRY MGM   UNSECURED        NOT FILED             .00            .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED        NOT FILED             .00            .00
WESTSIDE MEDICAL ASSOCS    UNSECURED        NOT FILED             .00            .00
WISH CENTER #3 LLC         UNSECURED        NOT FILED             .00            .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00           .00          .00           .00
PRINCIPAL PAID         .00         .00           .00          .00           .00
INTEREST PAID          .00         .00           .00          .00           .00
```

```
TOTAL PAID                              .00          .00         .00         .00         .00
The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
     Dated: 05/03/06                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                                PAGE   2
          CASE NO. 05 B 58599 BARRY J VOJENSKY & DONNA M VOJENSKY
```