```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 58599
    BARRY J VOJENSKY
    DONNA M VOJENSKY                          CHAPTER 13

                                              JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-3226     SSN XXX-XX-2925


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/05 .

    2.  The case was converted to Chapter 7 without confirmation, 01/16/2006.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG        .00            .00            .00
BANK ONE WISCONSIN         SECURED              .00            .00            .00
FORD MOTOR CREDIT CO       SECURED        NOT FILED            .00            .00
FORD MOTOR CREDIT CO       SECURED        NOT FILED            .00            .00
BANK OF AMERICA            UNSECURED      NOT FILED            .00            .00
BEST BUY                   UNSECURED      NOT FILED            .00            .00
CAPITAL ONE FINANCIAL      UNSECURED      NOT FILED            .00            .00
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED            .00            .00
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED            .00            .00
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED            .00            .00
ANWAR MEDICAL CTR          UNSECURED      NOT FILED            .00            .00
CITIBANK NA                UNSECURED      NOT FILED            .00            .00
COMMERCIAL COLLECTIONS     UNSECURED      NOT FILED            .00            .00
CARDMEMBERS SERVICES       UNSECURED      NOT FILED            .00            .00
DISCOVER BANK              UNSECURED      NOT FILED            .00            .00
KOHLS                      UNSECURED      NOT FILED            .00            .00
MBNA                       UNSECURED      NOT FILED            .00            .00
MBNA                       UNSECURED      NOT FILED            .00            .00
MORRIS HOSPITAL            UNSECURED      NOT FILED            .00            .00
SAFE SECURITY ALARMS       UNSECURED      NOT FILED            .00            .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID

SEARS BKRUPTCY RCVRY MGM   UNSECURED      NOT FILED            .00            .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED      NOT FILED            .00            .00
WESTSIDE MEDICAL ASSOCS    UNSECURED      NOT FILED            .00            .00
WISH CENTER #3 LLC         UNSECURED      NOT FILED            .00            .00
        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00        .00           .00
PRINCIPAL PAID         .00          .00          .00        .00           .00
INTEREST PAID          .00          .00          .00        .00           .00
```

```
TOTAL PAID                          .00          .00          .00          .00          .00
The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $          .00
and was paid $          .00 .
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
     Dated: 05/03/06                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```